EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00381 DAE |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | [18 U.S.C. § 922(g)(3); |
| JUAN CARLOS PEREZ-FIGUEROA, | ) | 18 U.S.C. § 924(a)(2)] |
| Defendant. | ) | |

### I N D I C T M E N T

The Grand Jury charges that:

On or about January 4, 2001, in the District of Hawaii, defendant JUAN CARLOS PEREZ-FIGUEROA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting

//

commerce a firearm, to wit, a Smith & Wesson .38 caliber revolver bearing Serial Number 253384.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: September 12, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. JUAN CARLOS PEREZ-FIGUEROA
Cr. No.
"INDICTMENT"