| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* CR 02-00381DAE-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* **CR-06-2126-FVS** |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: JUAN CARLOS PEREZ-FIGUEROA | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/4/04 — TO 6/3/07 |

OFFENSE

18 U.S.C. §§ 922(g)(3) and 924(a)(2) - Unlawful User of a Controlled Substance in Possession of a Firearm

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII AUG 0 8 2006
SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Eastern District of Washington (Yakima)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-18-06
Date

David Alan Ezra, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON (Yakima)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/28/2006
Effective Date

United States District Judge